EMILE ABT, Doing Business as EMILE ABT & Co., Respondent, v. JULIUS KLUGMAN, Appellant.

*Abt* v. *Klugman*, 186 App. Div. 948, appeal dismissed.

(Argued September 29, 1919; decided October 7, 1919.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 31, 1918, unanimously affirming a judgment in favor of plaintiff entered upon a verdict directed by the court at a Trial Term.

The motion was made upon the ground that an appeal did not lie to the Court of Appeals as a matter of right and that permission to appeal had not been obtained.

*Cecile Iselin* for motion.

*Benjamin Berger* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

LOUIS FEINSTEIN et al., Appellants, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Respondent.

Reported below, 184 App. Div. 233.

(Argued September 29, 1919; decided October 7, 1919.)

MOTION to dismiss an appeal from a judgment entered July 17, 1918, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiffs entered upon a verdict and directing a dismissal of the complaint.

The motion was made upon the ground of failure to prosecute the appeal.

*Joseph L. Prager* for motion.

*Alfred B. Nathan* opposed.

Motion denied, with ten dollars costs.